No. 65911.—House of Tokyo and Universal Foreign Service, Inc. *v.* United States, protest 59/29184 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

No. 65912.—H. Rosenhirsch Co., Inc. *v.* United States, protests 60/27165, 60/27166, and 60/28274 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 65913.—International Expediters, Inc. *v.* United States, protest 60/2594 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.